HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINDSAY DUNN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>　　　　　Defendant. | No. 2:13-cv-1230 RAJ<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL** |

**ORDER OF DISMISSAL**

Having considered the parties' Stipulation for Voluntary Dismissal Pursuant to Rule 41, IT IS HEREBY ORDERED that:

　　1.　This case shall be DISMISSED without prejudice;

　　2.　Defendant's Motion to Dismiss is MOOT and, therefore, denied; and

　　3.　Each party shall be responsible for its costs and attorneys' fees.

DATED this 28th day of October, 2013.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1
[Cause No. 2:13-cv-1230 RAJ]

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone  (206) 625-1801
Facsimile  (206) 625-1807